■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Defendants, RAYMOND E. GOERSS, Appellant and Third-Party Plaintiff-Appellant, and TOWN OF HOLLAND, Respondent, et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 3)—Order unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ HOWARD GARDNER et al., Plaintiffs, v RICHARD G. GARCIA et al., Defendants, and LEND LEASE CORPORATION, Appellant. LARRY C. BREWEUR et al., Third-Party Plaintiffs-Appellants, v TOWN OF HOLLAND, Third-Party Defendant, and GARY TILLINGHAST, Third-Party Defendant-Respondent. (And Three Other Actions And Third-Party Actions.) (Appeal No. 4.)—Order unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Appellants, and TOWN OF HOLLAND, Respondent, et al., Defendants. RICHARD GARCIA et al., Third-Party Plaintiffs-Appellants, v GARY TILLINGHAST et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 5.)—Order unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G. GARCIA et al., Appellants and Third-Party Plaintiffs-Appellants, and TOWN OF HOLLAND, Respondent, et al., Defendants, et al., Third-Party Defendants. (And Three Other Actions And Third-Party Actions.) (Appeal No. 6.)—Order unanimously affirmed without costs. Same opinion by Denman, J., as in *Nelson v Garcia* ([appeal No. 2] 152 AD2d 22 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Rath, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ JOHN C. NELSON, JR., et al., Plaintiffs, v RICHARD G.